UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TERRASINI UNIT OWNERS' ) <br> ASSOCIATION, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:16-cv-00800-RFB-NJK <br><br> ORDER |

Defendant Terrasini Unit Owners' Association ("Terrasini") appeared in this action on May 6, 2016, Docket No. 7, but has failed to file a certificate of interested parties as required by Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1. Accordingly, the Court expressly ordered Terrasini to file a certificate of interested parties no later than May 10, 2016. Docket No. 8. To date, Terrasini has not complied with that order.

Accordingly, Terrasini and its counsel shall show cause in writing, **no later than May 31, 2016,** why sanctions should not be imposed in a court fine of up to $500. Filing the Certificate of Interested Parties on or before May 30, 2016, will satisfy the Court that sanctions are not warranted, and no further response to this order to show cause will be required.

IT IS SO ORDERED.

DATED: May 23, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge